In the Matter of HYMAN BRODSKY, an attorney and counsellor at law.

For the order: *Mr. John F. Lynch.*

For the respondent: *Mr. Hyman Brodsky, in propria persona.*

December 15, 1958. Name of respondent stricken from roll of attorneys and counsellors at law. Opinion reported at 28 *N. J.* 387.

In the Matter of GEORGE M. JAMES, an attorney at law.

February 9, 1959. Suspension lifted and respondent reinstated to the practice of law.